UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stuart D. Gavzy, Esquire
8171 E. Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax: 480-452-1665
Email: stuart@gavzylaw.com
Attorney for Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK

JAN 08 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

Cristobal Collado

Case No.: 18-34585

Chapter: 13

Judge: JKS

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: January 8, 2019

Case 18-34585-JKS    Doc 19    Filed 01/08/19    Entered 01/08/19 16:25:08    Desc Main
Document      Page 2 of 3

After review of the application of _____counsel for Debtor_____ for the reduction of time for a hearing on _motion to extend stay_ _____ _____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____January 11, 2019_____ at _2:00 p.m._ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, New Jersey_____, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Standing Trustee, all creditors and parties requesting notice _____

by ☐ each, ☐ any of the following methods selected by the Court:
and fax or email
☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _parties listed in Paragraph 2 above_____

☐ on the same day as the date of this Order, or

☒ within _one (1)_ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

   _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev. 2/1/16*