**Stuart D. Gavzy, Esquire**
**8171 E. Del Barquero Drive**
**Scottsdale, AZ 85258**
**973-256-6080**
**Fax:480-452-1665**
**Attorney for Debtor**

Order Filed on January 14, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : <br> : <br> : CHAPTER 13 CASE |
| IN RE: <br>     Cristobal Collado | : <br> : <br> : CASE NO. 18-34585 JKS <br> : <br> : <br> : JUDGE: JKS <br> : <br> : |
| DEBTOR : | : HEARING DATE: |

_____

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: January 14, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend the Automatic Stay named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion to Extend the Automatic Stay as to the Real Property located at 35 East 17th Street, Paterson, NJ 07542, 80 Third Avenue, Paterson, NJ 07524,  101 Madison Avenue, Paterson, NJ, 309 Wagaraw Rd., Hawthorne, NJ and 37 East 17th Street and as to all of the debtors personal property is hereby granted and Automatic Stay Extended

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court