| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY (NEWARK)** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (NJ-LE-8250) | CASE NO.: 18-34585-JKS<br><br>CHAPTER 13 |
| In Re:<br><br>**Cristobal Collado,**<br><br>    Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

CSMC 2018-RPL1 TRUST ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 10), and states as follows:

1. Debtor, Cristobal Collado,("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 14, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 35 E. 17TH ST, PATERSON, NJ 07524, by virtue of a Mortgage recorded on October 19, 2007 in Book M9399, at Page 90 of the Public Records of Passaic County, NJ.  Said Mortgage secures a Note in the amount of $360,000.00.

3. The Debtor filed a Chapter 13 Plan on December 30, 2018.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate.  It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $4,798.54, whereas the Plan proposes to pay only $0.00.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.  Secured Creditor objects to any plan which proposes to pay it anything less than $4,798.54 as the pre-petition arrearage over the life of the plan.

5. Based on Debtor's Schedules, the Plan does not appear feasible due to the representation that sufficient disposable income is not available to support the proposed Plan payments. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(6) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

>RAS Citron, LLC
>Attorney for Secured Creditor
>130 Clinton Road, Suite 202
>Fairfield, NJ 07004
>Telephone Number 973-575-0707
>
>By: /s/Laura Egerman
>Laura Egerman, Esquire
>NJ Bar Number  NJ-LE-8250
>Email: legerman@rasnj.com

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK) | |
|---|---|
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (NJ-LE-8250) | CASE NO.: 18-34585-JKS<br><br>CHAPTER 13 |
| In Re:<br><br>**Cristobal Collado,**<br><br>    Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent CSMC 2018-RPL1 TRUST in this matter.
2. On 2/1/2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

2/1/2019

                            RAS Citron, LLC
                            Attorney for Secured Creditor
                            130 Clinton Road, Suite 202
                            Fairfield, NJ 07004
                            Telephone Number 973-575-0707

                            By: /s/Laura Egerman
                            Laura Egerman, Esquire
                            NJ Bar Number  NJ-LE-8250
                            Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stuart D. Gavzy, Esq.<br>8171 E. Del Barquero Dr.<br>Scottsdale, AZ 85258 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Cristobal Collado<br>20 East Maple Street<br>Teaneck, NJ 07666 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd  Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>One Newark Center Ste 2100  Office of the US Trustee<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |