| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5 | Order Filed on February 8, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Cristobal Collado,<br><br>Debtor. | Case No.:  18-34585 JKS<br>Adv. No.:<br>Hearing Date:  2/28/19 @ 8:30 a.m.<br>Judge:  John K. Sherwood |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 8, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:        Cristobal Collado
Case No.:       18-34585 JKS
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5, holder of a mortgage on real property located at 80 3rd Avenue, Paterson, NJ 07514, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stuart D. Gavzy, Esquire, attorney for Debtor, Cristobal Collado, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 1) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.