| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5 |
| In Re:<br><br>Cristobal Collado,<br><br><br>Debtor. |

Order Filed on February 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-34585 JKS
Adv. No.:
Hearing Date: 2/28/19 @ 8:30 a.m.

Judge: John K. Sherwood

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 8, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors:     Cristobal Collado
Case No.:    18-34585 JKS
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5, holder of a mortgage on real property located at 80 3rd Avenue, Paterson, NJ 07514, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Stuart D. Gavzy, Esquire, attorney for Debtor, Cristobal Collado, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 1) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 18-34585-JKS
Cristobal Collado                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Feb 11, 2019
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db             +Cristobal Collado,   37 East 17th Street,   Paterson, NJ 07524-1514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
       Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor    CSMC 2018-RPL1 Trust bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor    CSMC 2018-RPL1 TRUST bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
       Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5
       rsolarz@kmllawgroup.com
      Sean M. O'Brien    on behalf of Creditor    PNC Bank, National Association sobrien@flwlaw.com
      Stuart D. Gavzy    on behalf of Debtor Cristobal  Collado stuart@gavzylaw.com,
       lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                             TOTAL: 9