Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−34585−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cristobal Collado
   37 East 17th Street
   Paterson, NJ 07524

Social Security No.:
   xxx−xx−2107

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 5, 2019
JAN: zlh

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cristobal Collado  
      Debtor

Case No. 18-34585-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 2　　　Date Rcvd: Mar 05, 2019  
　　　　　　　　　　　　Form ID: 148　　　Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.

```
db            +Cristobal Collado,    37 East 17th Street,    Paterson, NJ 07524-1514
cr            +Ditech Financial LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
518043936     +CSMC 2018-RPL1 TRUST,    Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City UT 84165-0250
518007696     +CSMC 2018-RPL1 TRUST,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517923179     +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
517945084     +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517923183     +Quisquella Collado,    76 Chestnut Street,    Orange, NJ 07052-5919
517923186     +SLS,    P.O. Box 105219,    Atlanta, GA 30348-5219
517923185     +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 00:11:34      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 00:11:30      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518044607      E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56      DITECH FINANCIAL LLC,
                PO BOX 6154,   RAPID CITY, SD 57709-6154
517923180     +E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56      Ditech Financial Llc,
                Po Box 6172,   Rapid City, SD 57709-6172
517923181     +EDI: TSYS2.COM Mar 06 2019 04:33:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
517923182      EDI: IRS.COM Mar 06 2019 04:33:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
518044545      E-mail/Text: jennifer.chacon@spservicing.com Mar 06 2019 00:12:30
                PNC Bank, National Association,    c/o Select Portfolio Servicing Inc.,   PO Box 65250,
                Salt Lake City, UT 84165-0250
517923184     +E-mail/Text: jennifer.chacon@spservicing.com Mar 06 2019 00:12:30      Select Portfolio Services,
                P.O. Box 65250,   Salt Lake City, UT 84165-0250
517923187     +EDI: CITICORP.COM Mar 06 2019 04:33:00      Thd/cbna,   Po Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +CSMC 2018-RPL1 TRUST,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
cr*           +CSMC 2018-RPL1 Trust,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on March 5, 2019 at the address(es) listed below:
```
              Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Laura M. Egerman     on behalf of Creditor    CSMC 2018-RPL1 Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman     on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 05, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Laura M. Egerman    on behalf of Creditor   CSMC 2018-RPL1 TRUST bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage-Pass Through Certificates Series 2006-AR5 rsolarz@kmllawgroup.com
          Sean M. O'Brien    on behalf of Creditor   PNC Bank, National Association DMcDonough@flwlaw.com
          Stuart D. Gavzy    on behalf of Debtor Cristobal  Collado stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 9